1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA –SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH JANICKI, an individual, | ) CASE NO. SACV 14-00689-DOC(JCGx) |
| Plaintiff. | ) [~~PROPOSED~~] **ORDER FOR DISMSISSAL WITH PREJUDICE** [12] |
| v. | ) |
| AZZ WSI, LLC; a AZZ Incorporated; and DOES 1 to 150, inclusive, | ) Judge: Hon. David O. Carter<br>) Courtroom No: 9-D |
| Defendants. | ) |

1

**[~~PROPOSED~~] ORDER FOR DISMISSAL**

1  Based upon the parties' stipulation, the Court DISMISSES this action with
2  prejudice and ORDERS that all parties bear their own attorneys' fees and costs of suit.

Dated: December 19, 2014          By:  *David O. Carter*
                                       Honorable David O. Carter
                                       United States District Court Judge

[PROPOSED] ORDER FOR DISMISSAL